## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>William Butler<br><br>v.<br><br>Village of Dolton | Case Number:<br>FILED: APRIL 17, 2008<br>08CV2215           EDA<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William Butler Plaintiff

| |
|---|
| NAME (Type or print)<br>JARED S. KOSOGLAD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/  JARED S. KOSOGLAD |
| FIRM<br>A LAW OFFICE OF CHRISTOPHER SMITH |
| STREET ADDRESS<br>119 N. PEORIA STREET, SUITE 3A |
| CITY/STATE/ZIP<br>CHICAGO, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286633 | TELEPHONE NUMBER<br>312.432.0400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐