U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

William Butler

v.

Village of Dolton

Case Number:
FILED: APRIL 17, 2008
08CV2215                  EDA
JUDGE ANDERSEN
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William Butler Plaintiff

| NAME (Type or print) |  |
|---|---|
| CHRISTOPHER R. SMITH |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ CHRISTOPHER R. SMITH |  |
| FIRM |  |
| A LAW OFFICE OF CHRISTOPHER SMITH |  |
| STREET ADDRESS |  |
| 119 N. PEORIA STREET, SUITE 3A |  |
| CITY/STATE/ZIP |  |
| CHICAGO, IL 60607 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6201953 | 312.432.0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |  |