UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| WILLIAM BUTLER,<br><br>                    Plaintiff,<br><br> v.<br><br>VILLAGE OF DOLTON, DOLTON POLICE OFFICERS, LACEY, Star #500, BANKHEAD, Star #507, and UNKNOWN VILLAGE OF DOLTON POLICE OFFICERS,<br><br>                    Defendants. | No.   08 C 2115<br><br>Judge Andersen<br><br>Magistrate Judge Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**VILLAGE OF DOLTON, OFFICER LACEY and DETECTIVE BANKHEAD**

| SIGNATURE |
|---|
| s/Mary E. McClellan |
| **FIRM** |
| Querrey & Harrow, Ltd. |
| **STREET ADDRESS** |
| 175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP** |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283486 | TELEPHONE NUMBER<br>312/540-7000 |
|---|---|

| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES           NO  X** |
|---|
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES           NO  X** |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES  X         NO** |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES      NO  X** |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                          APPOINTED COUNSEL** |