**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William Butler

          Plaintiff,

v.                                        Case No.: 1:08–cv–02215
                                                 Honorable Wayne R. Andersen

Village of Dolton, et al.

          Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                               /s/ Wayne R. Andersen

                                                                United States District Judge