IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BUTLER, | ) | |
| | ) | No. 08 C 2215 |
| Plaintiff, | ) | |
| | ) | Judge Anderson |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| VILLAGE OF DOLTON, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' INITIAL STATUS REPORT**

1. Nature of the case: Plaintiff asserts violations of his civil rights pursuant to 42 U.S.C. § 1983, including excessive force, unlawful search and seizure and brings state law claims for false imprisonment, malicious prosecution, battery, and intentional infliction of emotional distress. Defendants deny any and all wrongdoing.

2. Relief Sought: Plaintiff seeks monetary relief. Plaintiff claims damages relating to physical pain, humiliation, deprivation of constitutional rights, and lost time.

3. The case was referred for discovery supervision. A copy of the referral order is attached.

4. There are no pending motions or briefing schedules.

5. Discovery Status: Plaintiff has requested that the defendants preserve any video tapes relating to the incident. Defendant is inquiring into the existence of any such videotapes. No formal discovery has been conducted.

6. The parties do not consent to proceed before a magistrate judge.

7. No discovery schedule has been set by Judge Anderson.

8. Plaintiff would engage in a settlement conference. Defendant is awaiting a demand from Plaintiff.

Dated: August 7, 2008

                          Respectfully Submitted,

                          /s Larry Kowalczyk
                          Querrey & Harrow, Ltd.
                          Attorney for the Defendants
                          175 West Jackson
                          Suite 1600
                          Chicago, IL 60604
                          (312) 540-7000
                          I.D. 06225367

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Butler

        Plaintiff,

v.              Case No.: 1:08-cv-02215
              Honorable Wayne R. Andersen

Village of Dolton, et al.

        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                     /s/ Wayne R. Andersen

                     United States District Judge