50664-LSK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM BUTLER, ) | |
| ) | No. 08 C 2215 |
| Plaintiff, ) | |
| ) | Judge Anderson |
| v. ) | |
| ) | Magistrate Judge Valdez |
| VILLAGE OF DOLTON, DOLTON POLICE ) | |
| OFFICERS, LACEY, Star #500, BANKHEAD, ) | |
| Star #507, and UNKNOWN VILLAGE OF ) | |
| DOLTON POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To: Christopher R. Smith
Jared S. Kosoglad
A Law Office of Christopher R. Smith
119 North Peoria, Suite 3A
Chicago, IL 60607

PLEASE TAKE NOTICE THAT on August 7, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Defendants' Initial Status Report.**

Defendants, Village of Dolton. Officer Lacey and
Detective Bankhead

By: s/Larry S. Kowalczyk
Larry S. Kowalczyk
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
I.D. 06225367

## PROOF OF SERVICE

I, Larry S. Kowalczyk, after first being duly sworn on oath, depose and state that I served this Notice of Filing together with the documents herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on August 7, 2008.

s/Larry S. Kowalczyk