UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Butler
                        Plaintiff,

v.                                           Case No.: 1:08−cv−02215
                                                      Honorable Wayne R. Andersen

Village of Dolton, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge Status hearing held on 8/13/08. Court inquire about settlement conference. Informal settlement negotiation on going. Parties are directed to meet and confer on agreed discovery plan and file it on 8/20/08. Status hearing continued to 10/14/08 at 9:30 a.m. on discovery. If settlement has been reached prior to the next status hearing, the parties may file a stipulation of dismissal before the District Judge. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.