IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2215 |
| | ) | |
| VILLAGE OF DOLTON, et. al., | ) | JUDGE ANDERSEN |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

**MOTION TO WITHDRAW**

Plaintiff, William Butler, through one of his attorneys, Jared S. Kosoglad, respectfully seeks leave of this Court to withdraw the appearance of Jared S. Kosoglad as an attorney of record.  In support of this motion, plaintiff states as follows:

1. The undersigned has resigned his position with A Law Office of Christopher R. Smith and will soon practice law as Jared S. Kosoglad, P.C.

2. The undersigned will no longer represent Plaintiff in the above captioned matter.

3. The instant motion is not intended to delay this proceeding or prejudice any party.

**WHEREFORE**, Plaintiff respectfully seeks the withdrawal of Jared S. Kosoglad as attorney of record in this matter.

Respectfully submitted,

William Butler

   /s Jared S. Kosoglad   
By:    Jared S. Kosoglad

Jared S. Kosoglad
120 N. Green Street, Suite 3-G
Chicago, Illinois 60607
312-513-6000

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

Larry Kowalczyk, Mary McClellan
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Chicago, IL 60604

                        s/ Jared S. Kosoglad
                    _____
                    Jared S. Kosoglad
                    120 N. Green Street, Suite 3G
                    Chicago, IL 60607
                    312-513-6000