IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| WILLIAM BUTLER, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. 08 C 2215 | |
| | ) | | |
| VILLAGE OF DOLTON, et. al., | ) | JUDGE ANDERSEN | |
| | ) | | |
| Defendants. | ) | JURY DEMANDED | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, September 4, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Andersen, in the courtroom usually occupied by him, and then and there present the attached **Motion To Withdraw**, a copy of which is hereby served upon you.

/s Jared S. Kosoglad
One of Plaintiff's attorneys


## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

Larry Kowalczyk, Mary McClellan
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Chicago, IL 60604

s/ Jared S. Kosoglad

Jared S. Kosoglad
120 N. Green Street, Suite 3G
Chicago, IL 60607
312-513-6000

1