## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

William Butler
                         Plaintiff,

v.                                              Case No.: 1:08–cv–02215
                                              Honorable Wayne R. Andersen

Village of Dolton, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Maria Valdez: Court adopts parties agreed scheduling order. All disclosures required by Rule 26(a)(1) shall be made on or before 9/15/08. Any amendments to pleadings or actions to join other parties shall be filed on or before 12/15/08. The cutoff of fact discovery is 3/15/09. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 4/15/09. The parties may depose the other side's expert at any time prior to 5/15/09. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to 6/15/09. The parties shall have until 7/15/09 to depose the opposing party's rebuttal expert. Status hearing set for 10/14/08 is stricken and reset for 12/17/2008 at 09:30 AM.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.